# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KRISTOPHER MICHAEL ZIMMERMAN,

    Petitioner,

vs.

ISIDRO BACA, et al.,

    Respondents.

Case No. 3:15-cv-00454-HDM-WGC

**ORDER**

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 38), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 38) is **GRANTED**. Respondents will have through November 14, 2017, to file and serve an answer.

DATED: November 10, 2017.

*Howard D. McKibben*
_____
HOWARD D. MCKIBBEN
United States District Judge