# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KRISTOPHER MICHAEL ZIMMERMAN,

    Petitioner,

vs.

ISIDRO BACA, et al.,

    Respondents.

Case No. 3:15-cv-00454-HDM-WGC

**ORDER**

    Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 41), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 41) is **GRANTED**. Petitioner will have through February 27, 2018, to file and serve a reply to the answer (ECF No. 40).

    DATED: December 29, 2017.

                                                    _____
                                                    HOWARD D. MCKIBBEN
                                                    United States District Judge