# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTOPHER ZIMMERMAN,<br><br>              Petitioner,<br><br>   v.<br><br>ISIDRO BACA, et al.,<br><br>              Respondents. | Case No. 3:15-cv-00454-HDM-WGC<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 45), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (third request) (ECF No. 45) is **GRANTED**. Petitioner will have through June 14, 2018, to file a reply to the answer (ECF No. 40).

DATED: May 9, 2018.

                                                                   HOWARD D. MCKIBBEN
                                                                   United States District Judge