IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KRISTOPHER MICHAEL ZIMMERMAN,

    Petitioner,                             3:15-cv-00454-HDM-WGC

vs.

                                               ORDER

ISIDRO BACA, et al.,

    Respondents.

_____/

    The petitioner's First Amended Petition for Writ of Habeas Corpus is denied for the reasons set forth in the court's Findings of Fact and Conclusions of Law rendered in open court this date which are by reference incorporated herein.

    Reasonable jurists would not find the court's denial of the petition to be wrong or debatable. Accordingly, the court concludes that petitioner has not satisfied the standard for issuance of a certificate of appealability.

    The Clerk of Court shall enter judgment accordingly.

    It is so Ordered.

    Dated this 24th day of September, 2018.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE